

FILED
IN CLERKS OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

2004 JUN -8 A 10: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

Patricia Ann Irving, et al.         )
            **Plaintiffs,** )
               )
v.              )  **CIVIL ACTION**
               )  NO. _____
**Indevus Pharmaceuticals, Inc., F/K/A Interneuron** )
**Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home** )
**Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A** )
**Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American** )
**Home Products Corporation; and Boehringer Ingelheim** )
**Pharmaceuticals, Inc.** )
           **Defendants.** )

04     11254 GAO

## NOTICE OF ORDER REFERRING REMAND MOTIONS IN
## DIET DRUG CASES TO A SINGLE JUDGE FOR DECISION

   This case is one of over 200 diet drug cases originally filed on behalf of approximately 4,500

plaintiffs in state court in Middlesex County, Massachusetts. Wyeth is in the process of removing all of

these diet drug cases to the federal court.

   In the first of these cases -- *Andrus, et al v. Indevus Pharm., Inc., et al.* – Wyeth filed a Notice of

Removal on May 7, 2004. Because the anticipated remand motions in *Andrus* and this and the other diet

drug cases likely will raise similar, if not identical issues, Wyeth filed in *Andrus* a Motion to Refer

Decision of Remand Motions in All Diet Drug Cases to a Single Judge for Decision. On May 19, 2004,

the court (O'Toole, J.) entered an order granting Wyeth's motion.

   Respectfully submitted this 8th day of June, 2004.

           /s/ Janice W. Howe
           William A. McCormack  BBO #329580
           Janice W. Howe BBO #242190
           David Yamin BBO #562216
           Bingham McCutchen LLP
           150 Federal Street
           Boston, MA  02110
           (617) 951-8000
           *Counsel for Defendants Wyeth and*
           *Wyeth Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Notice of Order Referring Remand Motions in Diet

Drug Cases to a Single Judge for Decision upon all parties to the above-captioned action by hand, by

United States First Class Mail, postage prepaid, or by Federal Express to the following:

**By Hand**
Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

**By Federal Express**
Samuel W. Lanham, Jr.
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401

**By Federal Express**
Neil D. Overholtz
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32562-1147

*Counsel for Plaintiffs*

**By Hand**
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*

This 8th day of June, 2004.

/s/ Janice W. Howe
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*