UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PATRICIA ANN IRVING, JOY IRVING-THOMPSON, MARY JACK, O'DORNIA JACKSON, JOAN JACKSON, JOYCE JASMIN, YVETTE JAVIUS, LISA JEFFERSON, CAROL JENKINS, LINDA JOHNSON-SKIPPER, KATIE JONES, ALLISON JONES, DEBORAH JONES-DELIBERTIS LILLIS, LINDA JOSEPH, GUINDELLA JOSEPH, DOROTHY JUSTICE, MARY KAPPELL, MATTIE KELLER, GLORIA KING, JOY KIRK,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11254-GAO

---

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004
    Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.