UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
PATRICIA ANN IRVING, JOY IRVING-　　　　　　　:
THOMPSON, MARY JACK, O'DORNIA　　　　　　　　:
JACKSON, JOAN JACKSON, JOYCE JASMIN,　　　　:
YVETTE JAVIUS, LISA JEFFERSON, CAROL　　　　:
JENKINS, LINDA JOHNSON-SKIPPER, KATIE　　　 :
JONES, ALLISON JONES, DEBORAH JONES-　　　　:
DELIBERTIS LILLIS, LINDA JOSEPH,　　　　　　:
GUINDELLA JOSEPH, DOROTHY JUSTICE,　　　　　:
MARY KAPPELL, MATTIE KELLER, GLORIA　　　　 :
KING, JOY KIRK,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　 :
　　　　Plaintiffs.　　　　　　　　　　　　　:　Civil Action
v.　　　　　　　　　　　　　　　　　　　　　 :　No. 04-11254-GAO
　　　　　　　　　　　　　　　　　　　　　　 :
INDEVUS PHARMACEUTICALS, INC., F/K/A　　　　:
INTERNEURON PHARMACEUTICALS, INC.;　　　　　:
WYETH, INC., F/K/A AMERICAN HOME　　　　　　:
PRODUCTS CORPORATION; WYETH　　　　　　　　 :
PHARMACEUTICALS, INC F/K/A WYETH-　　　　　 :
AYERST PHARMACEUTICALS, INC., A　　　　　　 :
DIVISION OF AMERICAN HOME PRODUCTS　　　　　:
CORPORATION; AND BOEHRINGER　　　　　　　　 :
INGELHEIM PHARMACEUTICALS, INC.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　 :
　　　　Defendants.　　　　　　　　　　　　　:
----------------------------------- x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Dated: June 28, 2004<br>Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |